_____
Full name(s)

_____
Street address or postal box number

_____
City, State and zip code

FILED
DISTRICT COURT
EVANSVILLE DIVISI---
2010 APR -4 PM 3: 13
---ERN DISTRICT
OF INDIANA
LAURA A. BRIG---
CLER---

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. **3:10**-cr- **51 RLY**-WGH
_____
(To be supplied by the Court)

Jesha Miller
_____

_____ Plaintiff(s)
Full name(s) (Do not use *et al.*)

v.
Judge David Kiely,
Congressman Brad Ellsworth,
Al Sharpton, Katie Couric _____ Defendant(s).
Full name(s) (Do not use *et al.*)

_____

## CIVIL RIGHTS COMPLAINT

_____

### A. PARTIES

1. I, Jesha Miller _____, am a citizen of _____
   (Plaintiff name(s))                                    (State)

and presently reside at 1011 Lincoln Ave. Apt. D Evansville In. 47714
                        (mailing address)

2. Defendant David Kiely _____ is a citizen of Indiana

—

## CIVIL RIGHTS COMPLAINT

—

### " A. PARTIES "

1. I, Jesha Miller, the plaintiff, am a citizen of Indiana and presently reside at :
1011 Lincoln Ave. Apt. D
Evansville In. 47714
812-604-4963

### DEFENDANTS

2. Robert A. Iger- CEO of Walt Disney is a citizen of the U.S. whose address is :
500 South Buena Vista Street,
Burbank CA 91521
818-560-1000

3. Jake Tapper- White House Correspondent is a citizen of the U.S. whose address is :
ABC News
7 West 66 St.
New York N.Y. 10023

4. April Ryan- White House Correspondent is a citizen of the U.S. whose address is :
**PITTSBURGH PROGRAMMING AND OPERATIONS HEADQUARTERS**
960 Penn Ave., Suite 200, Pittsburgh, PA 15222-3811
Telephone: (412) 456-4000

5. Tom Brokaw- NBC News is a citizen of the U.S. whose address is :
NBC News
30 Rockefeller Plaza
New York N.Y. 10112

6. Richard Davis- V.P. of News Standards for CNN is a citizen of the U.S. whose address is :
One CNN Center
Atlanta GA. 30303

7. Dan Lothian - White House Correspondent for CNN is a citizen of the U.S. whose address is ;
One CNN Center
Atlanta GA. 30303

8. Katie Couric- CBS News is a citizen of the U.S. whose adress is :
CBS News
1515 Broadway

New York N.Y. 10036
212-975-3691

9. Mark Glover- News Director for 25 News is a citizen of the U.S. whose address is :
News 25 WEHT
800 Marywood Drive
Henderson Ky. 42420

10. Warren Korff - Assignment Editor & Randy Moore-Anchor for Fox 7 news are citizens of
the U.S. whose address is :
WTVW Fox 7
477 Carpenter St.
Evansville In. 47708
812-424-7777

11. Jack Pate- President & Mizell Stewart- Editor of the Evansville Courier & Press are citizens
of the U.S. whose address is :
Evansville Courier & Press
300 E. Walnut
Evansville In. 47713
812 424-7711

12. Scott Galloway- Assistant News Director is a citizen of the U.S. whose address is :
1115 Mt. Auburn Road
Evansville In. 47720

13. Al Sharpton Civil rights Activist is a citizen of the U.S. whose address is :
National Action Network - Crisis Department
106 West 145th Street
Harlem N.Y. 10039
212- 690-3070

14. Shannon Williams- V.P. Editorial productions is a citizen of the U.S. whose address is :
Indianapolis Recorder
2901 N. Tacoma Ave.
Indianapolis In. 46218
317-924-5143

15. Dennis R. Ryerson- V.P. & Editor is a citizen of the U.S. whose address is :
Indianaplois Star
307 N. Pennsylvania St.
P.O. Box 145
Indianapolis In. 46204-0145

16. Jenny O' Malley- News Editor of Indy Associated Press is a citizen of the U.S. whose
address is :

251 N. Illinois Street, Suite 1600
Indianapolis In. 46204-1943
317-693-5501

17. Tom Curley- President & CEO of the A.P. is a citizen of the U.S. whose address is :
450 W. 33rd Street
New York N.Y. 10001

18. Lee Horwich & Rodney Brooks- USA Today are citizens of the U.S. whose address is :
USA Today
7950 Jones Branch Drive
McLean, VA 22108-0605

19.Glenn Beck- Fox News is a citizen of the U.S. whose address is :
1211 Avenue of the Americas, 22 Floor
New York N. Y. 10036

20. Adam Liptak- Supreme Court Reporter for N.Y. Times is a citizen of the U.S. whose address
is :
Time & Life Building
Rockefeller Center
New York N.Y. 10020

21. Steny Hoyer- Majority Leader of the House is a citizen of the U.S. whose address is :
House Democratic Majority Leader
H-107, The Capital
Washington D.C. 20515
202-225-4131

22. John Boehner- Minority Leader of the House is a citizen of the U.S. whose address is :
Office of the Republican Leader
H-204 The Capital
Washington D.C. 20515
202-225-4000

23. Harry Reid- Senate Majority Leader is a citizen of the U.S. whose address is :
522 Hart SOB
Washington D.C. 20510
202-224-3542

24. Mitch McConnell- Senate Minority Leader is a citizen of the U.S. whose address is :
361-A Russell Senate Office Bld.
Washington D.C. 20510
202-224-2541

25. David Axelrod- Senior advisor to President Barack Obama is a citizen of the U.S. whose address is
The White House
1600 Pennsylvania Ave. N.W.
Washington D.C. 20500

26. Timothy Morrison- U.S. Attorney- is a citizen of the U.S. whose address is:
 United States Attorney's Office
10 W Market St, Suite 2100
Indianapolis, IN 46204
Voice: (317) 226-6333

27. Brad Ellsworth- Congressman- is a citizen of the U.S. whose address is:
**Washington, DC Office**
513 Cannon House Office Building
Washington, DC 20515
ph: (202) 225-4636

28. Senator Richard Lugar- is a citizen of the U.S. whose address is :
The Honorable Richard G. Lugar
United States Senate
306 Hart Senate Office Building
Washington, D.C. 20510-1401
**DC Phone:** 202-224-4814

29. Senator Evan Bayh- is a citizen of the U.S. whose address is:

131 Russell Senate Office Building
Washington, DC 20510
(202) 224-5623

30. David Kiely is a citizen of the U.S. whose address is:
Courts Building
825 Sycamore St.
Evansville In. 47708

JURISDICTION

1. This cause of action is brought pursuant the Civil Rights Act of March 1, 1875, not to pursue a course of conduct in the administration of their office which would operate to discriminate in the selection of jurors on racial grounds.

2. The Constitutions checks & balances written into the Constitution to prevent abuse of power, illegal acts by officials, & to help Democracy protect American freedoms.

    Contempt of <u>Constitutional Right #925 which enables every citizen at anytime to BRING THE GOVERNMENT & ANY PERSON IN AUTHORITY TO THE BAR OF PUBLIC OPINION BY ANY JUST CRITICISM UPON THEIR CONDUCT IN THE EXERCISE OF AUTHORITY WHICH THE PEOPLE HAVE CONFERRED UPON THEM.</u> This is a position of trust which the Press secretary has received to act on behalf of the public to inform them & Mr. Robert Gibbs refuses to withdraw concealing the crime & corruption to deter the Checks & Balances of the Constitution from exposing corruption & holding officials accountable for criminal acts under color of law.

    Title 18, section 243, first to make explicit what was implicit in the 14th Amendment, that persons cannot be denied the right to serve on juries because of their race; & 2nd, to prevent racial exclusions from juries by providing criminal penalties for persons violating the statutory command. Because petitioner's allegations are fact by the trial transcripts he has been denied the equal protection of the law & due process of law.

    The Bill of Rights which no just government can refuse or rest on inference.

3. 18 U.S.C. Sec. 242;

4.18 U.S.C. Sec 245;

5. 42 U.S.C. Sec. 1983

## C. NATURE OF THE CASE

    The defendants, mostly being media are in <u>contempt</u> - a willful disobedience to or disrespect for my Constitutional Right # 925 which enables every citizen at anytime to bring the government & any person in authority to the bar of public opinion by any just criticism upon their conduct in the exercise of authority which the people have conferred upon them. The corruption of the USA legal system is well hidden by the news services of America's corporate owned media & in concealment of the crime pursuant to Title 18, sec. 243 are accomplices denying my rights in order to deter-[ prevent from occurring] <u>the checks & balances,</u> aiding & abetting a criminal to prevent me from securing those rights guaranteed under the Bill of Rights 5th, 6th, 9th, & 14th Amendments, holding government to the rule of law. Denial of the unalienable right " all men are created equal, protected by the Constitutions 6th Amendments right to a fair trial by an impartial jury. Concealment to prevent the operation of the Constitutions checks & balances intended by the Framers of the Constitution to prevent abuse of power allow, hold officials accountable for their actions, & help Democracy work by protecting American freedom. This by definition of the acts committed is an accomplice- a person who helps another, not as the principal, but by concealment. Our top leaders have been petitioned to obey the Constitutions checks & balances but the media keep this from the public to deter me from securing the blessings of liberty to ourselves & our prosperity established by our Constitution of

the U.S. of America. This they have done throughout refusing to print, publish, or cover several Press Releases such as :

President Barack Obama petitioned to Execute # 1 Duty
Checks & Balances used due to Government Corruption
U.S. Government refuses to Honor Checks & Balances
Petition Bipartisanship To Obey Constitution
2nd Petition to Obey Constitutions Checks & Balances.

     This pertains to an officials duty, which is not an option, but by their concealment government does not have to meet they're obligations preventing the operation of the Constitutions checks & balances to oppress my rights, also damaging my economic situation because upon securing those rights I get 10 million dollars for the illegal restraint by officials in case No. 04-7377 in the U.S. Supreme Court. Concealment allows government to deny my rights guaranteed under the Bill of Rights, rights government must protect. Majority & Minority Leaders of the House & Senate, including Senior advisor to President Barack Obama were petitioned Bipartisanship to obey the Constitutions checks & balances which they did not comply with by January 31, 2010 which deters restoring my rights & the operation of the constitutions checks & balances is due largely to the media's refusal to withdraw from the crime & officials refusal to comply with the constitutions checks & balances to prevent abuse of power. Those officials petitioned bipartisan are Steny Hoyer, John Boehner, Harry Reid, Mitch McConnell, & David Axelrod. This is on the Internet at jesha2ndpetofficialsobeyconst.blogspot.com. The petition is at
jeshamillerchecksgov.blogspot.com.

     The FBI- Agent Brian Flagerty & U.S. Attorney Timothy were petitioned to indict & arrest those interfering by concealment to prevent the operation of the Constitutions Checks & Balances & now having knowledge of the crime pursuant to Title 18, have failed to perform their duty & also aids & abet as part of the government cover-up of corruption through out the Judicial Branch of government. Being a part of that Branch is confirmation of corruption through out. Title 18, sec. 243 2nd, purpose is to prevent racial exclusion from juries by providing criminal penalties for persons violating the statutory command & the FBI & U.S. Attorney Timothy Morrison refuse that duty & a stamped copy received Feb.24, 2010 Southern District of Indiana is the 2nd notice to indict & arrest officials for the continuing violation. **Without enforcement, the Laws are broken with total disregard to a Black Mans rights even protected under the Bill of Rights** because this assistance keeps them from being held accountable despite the petition using the Checks & Balances to hold them accountable which **obstructs justice. The 13th, 14th, & 15th Amendments were written to help AFRICAN AMERICANS. Now the 14th Amendment is USED TO HELP ALL AMERICANS HAVE EQUAL RIGHTS.**

## D.  CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated & that the following facts form the basis of my allegations:

Claim I:     The unalienable right, endowed by the creator to life, liberty, & the pursuit of happiness, protected by the 6th Amendments rights to a speedy & public trial by an impartial jury & assistance of counsel for my defense. Judge David Kiely fails to perform his constitutional duty--recognized by sec. 4 of the Civil rights Act of March 1, 1875...not to pursue a course of CONDUCT in the administration of their office which would operate to discriminate in the selection of jurors on racial grounds."

Supporting Facts: The transcripts show he willfully denied due process as mandated by Federal & State Constitutions & he imposed this upon me in full knowledge there was no cross section of the community as required by Federal Law.
Defendant Attorney Vowels: At this point there is no Black people in the jury & there were no Black people in the jury panel. We have a right to object to that. I can tell you that I don't think the law will support it but I think that, Mr. Miller, we need to do it right now.
The Defendant: Yeah, we'll do -- object to that right now then.  ( p. 246 )
Mr. Vowels: ....The component of race should be included in the concept of peer. The FACT that there are no Black people within this venire I think causes this not to be a jury of my client's peers.  ( p. 247 )
... I don't think Indiana's in full compliance with the federal government's motor/voter registration law. As a result of that we don't get a fair cross-section in the venire &, as a result of that my CLIENT'S RIGHTS UNDER THE FEDERAL & STATE CONSTITUTION TO A FAIR & IMPARTIAL JURY AS MANDATED THROUGH THE FOURTEENTH AMENDMENT & through the federal legislation- *I THINK THAT'S BEEN VIOLATED. SO, FOR THE RECORD, I MAKE THAT ARGUMENT AS WELL.*
THE COURT: Show it overruled.
THE DEFENDANT: There is a violation, Your Honor.
THE COURT: Show it overruled. Sir, okay?

***This is evidence that Judge David Kiely willfully subjected me to the deprivation of the 14th Amendments right to due process as mandated. No Judge can overrule the State & Federal Constitution. A violation of the 13th & 14th Amendments because no citizens freedom is to be taken without being duly processed.***

*Claim II: A 5th & 14th Amendment which holds government to the rule of law which is due process.*

*Supporting Facts: The previous transcripts show Judge David Kiely did this when told of the violation willfully committing the crime pursuant to Title 18, sec. 243 violating the 13th & 14th Amendments. Because officials have assisted in the cover-up there is a continuing violation of which he has never been held accountable & he will not turn himself in. Violation warning File dated February 12, 2010 is submitted as evidence stamped in Judge David Kiely's office.*

*Claim III : The right to secure these rights, redressing government using the Bill of Rights, rights government must protect. President Barack Obama was petitioned to Execute his # 1 duty due to corruption in the U.S. Supreme Court.*

*Supporting Facts: The Petition for President Obama to perform his duty is on the internet by going to google.com & searching my name. Violation warning is evidence sent to President Obama by Fax # 202-456-2461.*

*Claim IV: Denied Constitutional Right # 925 by the media to conceal the crime & Checks & Balances petitioned from the public to continue the oppression & denial of rights to black people. This enables every citizen at anytime to bring the government & any person in authority to the bar of public opinion by any just criticism upon their conduct in the exercise of authority which the people have conferred upon them.*
*18 USC Sec. 245 provided that whoever, whether or not acting under color of law intimidates or interferes with any person from participating in or enjoying any benefit, privilege, or activity provided or administered by the U.S. shall be fined under this title, or imprisoned not more than one year, or both. The legal notice & warning gave all involved from the media time to* cease and **desist** order - (law) a judicial remedy issued in order to prohibit a party from doing or continuing to do a certain activity;

The media violate Constitutional Right # 925 to conceal the Checks & Balances being petitioned by me, Jesha Miller, which is an EVENT in American History, using the Checks & Balances due to abuse of power in the entire Judicial Branch of Government. Example was the checks & balances used when President Nixon abused his power by illegally tapping the Democratic National headquarters. The crime by Judge David Kiley pursuant to Title 18 is no different, officials of all people must be held accountable, &

especially a Judge who willfully refuses his duty, violating the 5th, 13th & 14th Amendments due process. My rights have been violated & the media are an accessory by concealment. This is how corruption in the Judicial system flourishes. Remember, Judge David Kiley is not going to turn himself in & face the allegations of his misconduct, that would by integrity on the part of an official. He evades this which are the actions of a criminal & the media plays their part by concealment. These are the guaranteed rights we are speaking on, the top officials in government & the checks & balances, a historical event, being prevented by the concealment of the media. Front page news & questions to the President of why he has not addressed the checks & balances as required by the Constitution of the United States of America.

Supporting Facts: The Violation Warning- Denial of Rights under color of law is evidence the defendants refused to grant my Constitutional Right # 925, concealing government corruption from the public & preventing the operation of the Constitutions checks & balances by keeping from the public that this is a duty & not an option so the Historical event of the checks & balances would not take place exposing abuse of power, the denial of freedom, & 10 million dollars for the illegal restraint. This forces officials to Honor the checks & balances as in Watergate which forced President Nixon to resign. They must uphold the integrity of the Constitution & the checks & balances to prevent corruption, hold officials accountable, & secure the rights of all American freedom. This includes politicians who are representatives & failed to support their constituents to continue the denial of these rights protected by government. They have office stamps & dates to stop interfering with these rights. That is taxation without representation which started the Boston Tea Party.

Claim VI: Denied the privilege of the writ of Habeas Corpus, to release a citizen held in violation of the Constitution & Laws of the U.S. This is addressed to former Justice Sandra Day O'Connor & Justice John Paul Stevens who when addressed by a Habeas Corpus had a duty to check the records & if true as alleged release the citizen from the illegal restraint. A power denied government under Article I, sec. 9.  This proves abuse of power in the U.S. Supreme Court & the Courts failure to protect a Black Man's freedom on account of race, color, & national origin. A primary part of the checks & balances which proves corruption from the top to bottom of the Judicial Branch of government to justify the use of the checks & balances to prevent corruption that denies the right to freedom which is at war with Democracy.

Supporting Facts: The file stamped copy addressing the Habeas Corpus to Supreme Court Justices that was not heard by the Court when they must always account for the restraint of a citizen. This is submitted as evidence.

Claim VII: Congressman Brad Ellsworth was petitioned by over 600 citizens to take my petition using the checks & balances to the floor & delivered to his offices a Violation Warning to cease & desist by refusing to represent me as his constituent so that my rights are secured as our constitution promises & guarantee's. Both Senators were also given warnings to stop violating my rights under color of law because Congress made the law pursuant to Title 18, sec. 243 & those that violate that prohibition are subject to criminal penalties which they conceal from the public so that Judge David Kiely is not held accountable because the checks & balances have not been used to prevent abuse of power. One law in the checks & balances is the POWER OF ANY CITIZEN TO CHALLENGE ANY LAW THAT THEY FEEL IS UNJUST. THE SECOND WAY CHECKS AND BALANCES HELP DOMOCRACY WORK IS BY PROTECTING AMERICAN FREEDOM.

All three politicians block me from my constitutional right of using the checks & balances to correct violations by officials denying rights under color of law which holds them accountable for their actions & protect our constitutional right to freedom, which is intended by the framers of the constitution to prevent abuse of power.

Supporting Facts: Office Stamps from their office giving warnings or emails to each office to cease violating my rights under color of law & petitions to take this to the Floor due to the crime & checks & balances, which is the law. They have taken oath to support the constitution & have a duty to report all corruption wherever found.

Claim VIII. My rights remain violated because U.S. Attorney Timmothy M. Morrison refuses to enforce the law allows officials to think they can violate the rights of citizens & not be held accountable.

Supporting Facts: Petition stamped for the U.S. Attorney to arrest & indict those in concealment to deter the performance of the checks & balances & remain an accomplice to the crime pursuant to Title 18, sec. 243 by concealment. Emails giving legal warning to cease by indicting & arresting those violating my rights by interference & concealment. All are evidence my rights remain violated due to his refusal to execute his duty to enforce the law for violations of Title 18.

# E. PREVIOUS LAWSUITS

Have you been or are you now a party to any other lawsuit(s) in state or federal court dealing with the same facts involved in this action? __✓__ Yes _____No.

If your answer is "Yes," describe each lawsuit. ( If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E.
PREVIOUS LAWSUITS.")

a. Parties to previous lawsuit:

Plaintiff(s): Jesha Miller

Defendant(s) Walt Disney's Robert Iger, Katie Couric, Oprah Winfrey, Mizell Stewart, Jack Pate, etc....

b. Name and location of court and docket number - U.S. District Court, Evansville Division
  **3 : 08-cv- 49 -RLY -WGH**

**c. Disposition of lawsuit. (** Dismissed by Judge young who was biased because he was the Chief Judge at the time the crime was committed by Judge David Kiely pursuant to Title 18, sec. 243 violating my Civil Rights Act of March 1, 1875...)

d. Issues raised: Media in contempt of my Constitutional rights # 925 which enables every citizen at any time to bring the government & any person in authority to the bar of public opinion, by any just criticism upon their conduct in the exercise of authority which the people have conferred upon them to conceal corruption & the Federal Crime pursuant to Title 18,
sec. 243.

e. Approximate date of filing lawsuit: **April 10, 2008.**

f. Approximate date of disposition: **April 30, 2008.**

## F. REQUEST FOR RELIEF

I request the following relief:

For those that comply a week within from receiving this from the Court to pay 2 million dollars & no longer conceal this from the public by giving me coverage through T.V., radio, & television appearances. If refusal to comply is any longer then they will be part of a 10 billion dollars suit for preventing a citizen from securing the rights of the Constitution in punitive damages including 2 million dollars. The 2 million is for oppressing me economically because I am to receive 10 million upon my release from the illegal restraint which concealment prevents. The 10 Billion in punitive damages serves to prevent future cover-up involving the guaranteed rights which government must protect & crimes committed by officials preventing any class of people from securing the rights of the Constitution.

Politicians are to call a Congressional Hearing so that the Constitutions checks & balances take place as the Constitution requires to prevent abuse of power & help Democracy protect American Rights.

An Example is those that work for ABC pay a total of 2 million. Those that work for the Associated Press Press Pay a total of 2 million dollars. The Evansville Courier & Press pay 2 million dollars. Those not connected to an organization must pay on their own.

**The immediate response is because our Democracy's right to freedom is corrupt in the Judicial Branch of government & the integrity of the constitution must be upheld.**

_____   _____
Original signature of attorney (if any)   Plaintiffs Original Signature

Date: April 2, **2010**

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is **true and accurate.**

Executed at 304 Federal Building, 101 N.W. Mlk. Jr. Blvd., Evansville In. 47708 (812-434-6410) on April 2, 2010.

Plaintiff demands a trial by jury. __X_Yes      _____No

**Plaintiff demands the court deliver the civil rights complaints with an indictment to arrest to each defendant due to economic oppression by the government in**

**which the plaintiff is due 10 million dollars for the illegal restraint.** The address's are listed & **the legal notice of violating rights under color of law may be accompanied informing each defendant of his offense.** <u>**This is pursuant to 18 USC sec. 242 & 18 USC sec. 245, & holding them liable for the crime & civil damages.**</u>